Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

In the Matter of LEE BORDELEAU et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Decided June 30, 2009

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

BRIDGE CAPITAL CORP. et al., Respondents, v TODD E. ERNST et al., Defendants, and SIGURD A. SORENSON, Appellant and Third-Party Plaintiff-Appellant. 257/117 REALTY LLC, Third-Party Defendant-Respondent.

Submitted May 26, 2009; decided June 30, 2009

Motion for a stay dismissed as academic.

In the Matter of DANIEL D. and Another, Children Alleged to be Neglected. JOHN D., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted May 18, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DAVONTAE D. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; CELIA D., Respondent.

Submitted June 8, 2009; decided June 30, 2009